# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CYNTHIA R. SMITH,                          )
                                           )
                    Plaintiff,             )
                                           )       Civil Action No. 13-1747
        v.                                 )
                                           )       Judge Mark R. Hornak
AUDUBON FINANCIAL BUREAU,                  )
INC.,                                      )
                                           )
                    Defendant.             )

## JUDGMENT ORDER

AND NOW, this 28TH day of February 2014, the Court, having separately ordered the entry of a default judgment in favor of the Plaintiff and against the Defendant,

IT IS FURTHER ORDERED that the judgment of this court is entered in favor of Plaintiff Cynthia R. Smith and against the Defendant Audubon Financial Bureau, Inc. in the amount of One Thousand Nine Hundred and Forty Five Dollars ($1,945.00), pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure. This Judgment is subject to modification or amendment to allow for a judgment for attorney's fees in an amount to be determined by the Court.

Mark R. Hornak
United States District Judge

cc/ecf: All counsel of record.